of EDWARD ZELIE, Deceased, Respondent, v. KEESHIN MOTOR EXPRESS CO., INC., et al., Appellants.—

All concur.

In the Matter of the Will of WILLIAM C. F. PLASTER, Deceased. HARLAN F. PLASTER et al., Appellants; ST. LUKE'S ENGLISH LUTHERAN CHURCH et al., Respondents.—

All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERIE RAILROAD COMPANY, Respondent, against STATE TAX COMMISSION, Appellant.— All concur.

In the Matter of HARRY GILBERT, Petitioner. ERNEST H. COLE, as Commissioner of Education of the State of New York, et al., Respondents.—

All concur.

In the Matter of CHRIS L. SUESS, Petitioner. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.

All concur.

In the Matter of the Claim of MURRAY DANIELS, Appellant, against MAX UDELL SONS & COMPANY et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of THOMAS FEELY, Respondent, against EAGLE PLASTICS CORPORATION et al., Respondents, and (AMERICAN) LUMBERMENS MUTUAL CASUALTY COMPANY OF ILLINOIS, Appellant. STATE INDUSTRIAL BOARD, Respondent.—